**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED    MAY 26 2026

εpc

CLERK

**BILL OF INFORMATION FOR DEPRIVATION OF RIGHTS
UNDER COLOR OF LAW INVOLVING BODILY INJURY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26-cr-57-JWD-SDJ |
| *versus* | : | 18 U.S.C. §§ 242 & 2 |
| CHRISTIAN MORRIS | : | |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about January 9, 2023, in the Middle District of Louisiana, **CHRISTIAN MORRIS**, defendant herein, while acting under color of law as a corporal employed by the East Baton Rouge Sheriff's Office ("EBRSO"), willfully deprived C. P., an inmate, of the right, protected and secured by the Constitution and laws of the United States, to be free from cruel and unusual punishment, and aided and abetted others in the commission of such offense. Specifically, **MORRIS** failed to intervene to protect C. P. from being assaulted by EBRSO deputies, despite having had the means and opportunity to do so. This offense resulted in bodily injury to C. P.

The above is a violation of Title 18, United States Code, Sections 242 & 2.

UNITED STATES OF AMERICA, BY

_____

KURT WALL
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

DATE:___05/26/26___

_____

APRIL M. LEON
ASSISTANT UNITED STATES ATTORNEY

| **Criminal Cover Sheet** | **U.S. District Court** |

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

*Investigating Agency: FBI

*Agent: SA Ariffa Perinon

**Matter to be sealed:**  ☐ Yes  ☑ No

Related Case Information:

Superseding ☐     Docket Number _____
Same Defendant ☐   New Defendant ☐

Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name: Christian Morris

Alias: _____

Address: _____

DOB: _____ SS / Alien#: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: April M. Leon          Bar #: LBN 31838

**Interpreter:** ☐ Yes  ☑ No    **List language and/or dialect:** _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

**Mandatory Minimum Charged?**  ☐ Yes  ☑ No

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|------|-------------------------------|----------|----------------------------|
| 18: 242 & 2 | Deprivation of Rights Under Color of Law Involving Bodily Injury | 1 | F |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(May be continued on second sheet)

Date: 5/26/2026     Signature of AUSA: _____