U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED   MAY 26 2026

EDC

CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                    :
                                        :

    *versus*                         :    CRIMINAL NO. 26- cr-57-JWD-SDJ

                                          :

CHRISTIAN MORRIS                            :

## **WAIVER OF INDICTMENT**

    I, Christian Morris, the above-named defendant, charged in a Bill of Information with deprivation of rights under color of law, in violation of Title 18, United States Code, Sections 242 & 2, understand:

    a)    the nature of the charge brought against me, and

    b)    that I am entitled, under the Fifth Amendment of the United States Constitution, to have the charge instituted by a Grand Jury Indictment.

    I voluntarily waive my right to have the charge set forth in the Bill of Information presented to a Grand Jury and agree that the proceedings may be instituted by a Bill of Information.

    Dated this **22** day of _____**May**_____, 2026, at Baton Rouge, Louisiana.

                                               _____
                                              Christian Morris
                                              Defendant

                                              _____
                                              Michael Fiser
                                              Attorney for Defendant